## United States District Court
### Violation Notice

CVB Location Code: CC81

Violation Number: 7667769
Officer Name (Print): Z. Olson
Officer No.: 402

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/10/23 1915
Offense Charged: 36 CFR 2.35(b)(2)

Place of Offense: Joshua Tree NP: Ryan Mtn

Offense Description: Factual Basis for Charge:
Possession of a controlled substance
MJ + PS mushrooms

**DEFENDANT INFORMATION**
Phone: (949) 466-0360
Last Name: Dockery
First Name: Kane
M.I.: M

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ ___ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ ___ Total Collateral Due

YOUR COURT DATE

X Defendant Signature: ___

(Rev. 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/10/2023
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

**UNITED STATES DISTRICT COURT VIOLATION NOTICE**

Location Code <u>CC81</u>
Citation Number – 7667769
NPS Case Number – NP23335081
Ranger Last Name - OLSON

☒ **AUDIO OR VIDEO PRESENT** (Check Box if Yes)

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 10/10/2023 while exercising my duties as a law enforcement officer in the District of Central California -

At approximately 1606 hours, I received a report from our park dispatch center that two men were lost in the area of the Ryan Mountain summit and had possibly consumed psilocybin mushrooms. Parked at the trailhead I observed a black Audi SUV (CA 8XAN430), registered to Kane DOCKERY, with a package of Wonderland Fruity Pebbles Magic Mushrooms in the vehicle's front cup holder. Park employee Stricker and I hiked up the Ryan Mountain trail in search of the two lost men. At approximately 1812 hrs I observed two shirtless men hiking near the summit up the trail. The men identified themselves as Kane and Dax. Dax told me they had each consumed 6 grams of mushrooms, a "hero dose". I then escorted the men down the trail to the parking lot.

I identified Kane DOCKERY by his California Driver's License. DOCKERY said the mushrooms were collectively his and Dax' when I asked. DOCKERY also told me there was some weed in the vehicle. Officer Dover searched DOCKERY's vehicle and found a prescription bottle containing what I recognized as marijuana (4 grams). I issued DOCKERY a Violation Notice for violating 36 CFR 2.35(b)(2): Possession of a controlled substance is prohibited.

The foregoing statement is based upon:
☒ My personal observation         ☒ My personal investigation
☒ Information supplied to me by my fellow officer's observation
☐ Other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/10/2023
Date (mm/dd/yyyy)                Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)                U.S. Magistrate Judge